IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 JAN 31 PM 3:30

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| NATHAN WARD III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 317-058 |
| | ) | |
| WILLIE OSBORNE, Parole Officer; | ) | |
| TONY RIDDLE, Oconee Task Force; | ) | |
| DODGE COUNTY JAIL; and | ) | |
| EASTMAN POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 31st day of Jan., 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE